# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2207 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 153 DB 2015 |
| v. | : | |
| | : | Attorney Registration No. 79479 |
| DOMINIC A. DECECCO, | : | |
| Respondent | : | (Berks County) |

## O R D E R

**PER CURIAM:**

AND NOW, this 1st day of October, 2015, upon consideration of the Verified Statement of Resignation, Dominic DeCecco is disbarred on consent from the Bar of the Commonwealth of Pennsylvania in accordance with Pa.R.D.E. 215, and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).